# IN THE IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| MELISSA WINDOWS, ) | |
| ) | |
| PLAINTIFF, ) | Civil Action File No.: |
| ) | 1:22-cv-00070-LAG |
| ) | |
| v. ) | |
| ) | |
| LIVE OAK FINANCIAL, INC., ) | |
| A/K/A CBV COLLECTIONS ) | |
| ALBANY, INC. D/B/A CBV ) | |
| SERVICE, INC., | |
| | |
| DEFENDANT. | |

## NOTICE OF SETTLEMENT

Plaintiff, Melissa Windows, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant. Plaintiff and Defendant need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant. Accordingly, Plaintiff respectfully submits that this obviates the need for Defendant to make any Court required filings prior to dismissal.

Respectfully submitted this 31st day of August, 2022.

*[Signature Appears on Following Page]*

1

2

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Defendant, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Smith N. Wilson
Gardner Willis Plaire & Wilson LLP
Post Office Drawer 71788
Albany, Georgia 31708

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*